**No. 54760.**—B. Altman & Co. v. United States, protests 127341–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54761.**—Nanking Company v. United States, protest 155340–K (A) (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54762.**—Armour and Company et al. v. United States, protests 157257–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54763.**—Hudson Shipping Co., Inc. v. United States, protest 140505–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54764.**—John H. Faunce, Inc. v. United States, protest 152171–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54765.**—Mutual Buying Syndicate, Inc., et al. v. United States, protests 156668–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.